IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN TAYLOR,** : | |
|         Petitioner, : | |
| : | |
| v. : | Civ. No. 13-1262 |
| : | |
| **KENNETH CAMERON, et al.,** : | |
|         Respondents. : | |
| : | |

### O R D E R

Magistrate Judge Perkin has recommended that I grant Petitioner's Motion for Stay and Abeyance. (Doc. Nos. 32, 35.) Respondents did not oppose the request for relief (Doc. No. 33), and neither Party has filed any objections to the Report. Accordingly, I will grant Petitioner's Motion and stay these proceedings pending the conclusion of Petitioner's state postconviction proceedings.

**AND NOW**, this 13th day of March 2015, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 3), the Motion for Stay and Abeyance (Doc. No. 32), Respondent's Response (Doc. No. 33), and after review of the Report and Recommendation (Doc. No. 35), it is hereby **ORDERED** that:

    1. The Report (Doc. No. 35) is **APPROVED** and **ADOPTED**, the Petition will be held in abeyance pending exhaustion of state remedies, and Petitioner shall exhaust all claims in state court;

    2. Petitioner's Motion for Stay and Abeyance (Doc. No. 32) is

**GRANTED**;

      3. The Clerk shall place this matter in **CIVIL SUSPENSE** and shall mark this case as **CLOSED** for statistical purposes;

      4. Within thirty days of the conclusion of the state court proceedings, including any related appellate proceedings, Petitioner shall notify the Court that those proceedings are concluded and the case is ready to proceed; and,

      5. The record for the Case No. CP-51-CR-0010141-2007 shall be returned to the state court for use in the state court proceedings.

                                **AND IT IS SO ORDERED.**

                                  */s/ Paul S. Diamond*
                                  _____
                                  Paul S. Diamond, J.