IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN TAYLOR,<br>    Petitioner, | :<br>:<br>: |
| v. | :    Civ. No. 13-1262 |
| KENNETH CAMERON, et al.,<br>    Respondents. | :<br>:<br>: |

### O R D E R

**AND NOW**, this 31st day of July, 2018, upon careful and independent consideration of Kevin Taylor's Petition for Writ of Habeas Corpus (Doc. No. 3), Respondents' Updated Response to Petition for Writ of Habeas Corpus (Doc. No. 44), Taylor's Reply (Doc. No. 45), Judge Perkin's Report and Recommendation (Doc. No. 47) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 47) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 3) is **DISMISSED**;

3. A Certificate of Appealability shall **NOT ISSUE** because Petition has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The **CLERK OF COURT** shall **CLOSE** this action.

                                                        **AND IT IS SO ORDERED.**

                                                        */s/ Paul S. Diamond*

                                                        Paul S. Diamond, J.